**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| OMAR BILLY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13-cv-739 GBL/TRJ |
| | ) | |
| v. | ) | |
| | ) | |
| XTREME FITNESS, INC. d/b/a | ) | |
| XSPORT FITNESS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear as counsel for Defendant Xtreme Fitness, Inc. d/b/a Xsport Fitness, in the above-captioned matter.

Respectfully submitted,

  /s/ John B. Flood
John B. Flood (Va. Bar No.79813)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C.  20006
Tel:  202.887.0855
Fax:  202.887.0866
john.flood@ogletreedeakins.com

*Counsel for Defendant*

Dated: October 3, 2013

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| OMAR BILLY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13-cv-739 GBL/TRJ |
| | ) | |
| v. | ) | |
| | ) | |
| XTREME FITNESS, INC. d/b/a | ) | |
| XSPORT FITNESS, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of October, 2013, I electronically filed a copy of the foregoing Notice of Appearance using the CM/ECF system and thereby sent notice to all registered counsel of record:

Jacob M. Small, Esq.
The Spiggle Law Firm PLLC
4830-B 31st Street South,
Arlington, VA 22206
*Attorney for Plaintiff*

           /s/ John B. Flood
John B. Flood (Va. Bar No.79813)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C.  20006
Tel:  202.887.0855
Fax:  202.887.0866
john.flood@ogletreedeakins.com

*Counsel for Defendant*

16115659.1