IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| OMAR BILLY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13-cv-739 GBL/TRJ |
| | ) | |
| v. | ) | |
| | ) | |
| XTREME FITNESS, INC. d/b/a | ) | |
| XSPORT FITNESS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

UPON CONSIDERATION of the Motion for Extension of Time for Defendant Xtreme Fitness, Inc., d/b/a XSport Fitness to Respond to Plaintiff's Complaint, it is, this 4th day of October, 2013, hereby

ORDERED, that the Motion is **GRANTED** in part; and it is

**FURTHER ORDERED**, that the deadline for Defendant Xtreme Fitness, Inc., d/b/a XSport Fitness to respond to Plaintiff's Complaint is October 11, 2013. This relief will not delay issuance of the initial scheduling order.

/s/Thomas Rawles Jones, Jr.
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate