UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

OMAR BILLY )
)
Plaintiff, )
)
v. ) Civil Action No.
) 1:13-cv-739 (GBL/TRJ)
XTREME FITNESS, INC. d/b/a XSPORT )
FITNESS )
)
Defendants )
)

## ORDER

UPON CONSIDERATION of the Motion to Withdraw, it is, this 4th day of October, 2013, hereby

**ORDERED** that the Motion is GRANTED; and it is

**FURTHER ORDERED** that Attorney Annie Noble is Withdrawn as counsel for Plaintiff Omar Billy in this case.

/s/Thomas Rawles Jones, Jr.
~~UNITED STATES DISTRICT COURT JUDGE~~
THOMAS RAWLES JONES, JR.
U.S. MAGISTRATE JUDGE
EASTERN DISTRICT OF VIRGINIA

1