

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

OMAR BILLY

Plaintiff,

v.

XTREME FITNESS, INC. d/b/a XSPORT FITNESS,

Defendant.

Civil Action No. 1:13-cv-739
GBL/TRJ

[PROPOSED] ORDER

Having considered the Parties' Joint Motion seeking an extension of time to file an Amended Answer and a Motion to Strike, the Court hereby **GRANTS** the motion. It is thus

**ORDERED** that the Joint Unopposed Motion For Extension Of Time To File Amended Answer And Motion To Strike is **GRANTED**. It is further

**ORDERED** that Plaintiff Omar Billy may file a Motion to Strike any portion of Defendant's Answer not later than Monday, November 18, 2013. It is further

**ORDERED** that Defendant Xtreme Fitness, Inc. may file an Amended Answer not later than Monday, November 18, 2013.

Signed this 1st day of November, 2013.

/s/Thomas Rawles Jones, Jr.
~~UNITED STATES DISTRICT COURT JUDGE~~
THOMAS RAWLES JONES, JR.
U.S. MAGISTRATE JUDGE
EASTERN DISTRICT OF VIRGINIA

1